# LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
[...]oesq.com

*[...]lum, Esq.*
*Of Counsel*
ADMITTED IN NY
[...]oesq.com

> Application granted. The parties shall file settlement documents, including a *Cheeks* letter, by August 13, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 24.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 29, 2021

**<u>Via ECF</u>**
Hon. Philip M. Halpern, U.S.D.J
United States Courthouse
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

      Re: Weis v. Tennant Sales And Service Company
        Case No.: 21-cv-1786 (PMH)

Your Honor:

  This office represents the Plaintiff in the above referenced action. We write, jointly with the Defendant, to request a short two week extension of time to file the Parties request for settlement approval. Specifically, we are requesting an extension from July 30, 2021 to August 13, 2021. No previous requests for an extension of this deadline have been requested. The Parties are requesting this extension as we are still in the process of drafting the settlement agreement which has to be signed by the Parties.

  We thank the Court for its courtesy in this regard.

            Respectfully submitted,
            LAW OFFICES OF WILLIAM CAFARO

            _____
           By Amit Kumar, Esq. (AK 0822)
            *Attorneys for Plaintiff*
            108 West 39th Street, Suite 602
            New York, New York 10018
            (212) 583-7400
            Akumar@CafaroEsq.com

CC:
All Counsel of Record (via ECF)