UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY WEIS, On Behalf of Himself and All Others Similarly Situated<br><br>Plaintiff,<br><br>-against-<br><br>TENNANT SALES AND SERVICE COMPANY,<br><br>Defendant. | Civil Case No.: 7:21-cv-01786-PMH<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above-captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs. The Court shall retain jurisdiction over the settlement for the purposes of the enforcement of the provisions thereof.

Dated: 08/10/2021, 2021

_____
Amit Kumar
LAW OFFICES OF WILLIAM CAFARO
108 West 39th Street, Suite 602
New York, New York 10018
212.583.7400

*Attorneys for Plaintiff*

Dated: 8/11, 2021

_____
John H. Lassetter
LITTLER MENDELSON, P.C.
1300 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
612.630.1000

*Attorneys for Defendant*

SO ORDERED:

_____
Hon. Philip M. Halpern, U.S.D.J.

Dated: White Plains, New York
August 13, 2021